**Order entered July 27, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00202-CV

**JACOB SWEARINGER, ET AL., Appellants**

**V.**

**ABRAHAM EDILBERTO GUAJARDO, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03165**

## ORDER

We **GRANT** appellants' July 23, 2015 unopposed second motion for an extension of time to file a brief. Appellants shall file a brief by Monday, **AUGUST 10, 2015**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE